Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CESAR CEJUDO, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-03652-BLF |
| *Plaintiff,* | **JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT** |
| v. | Hon. Beth Labson Freeman |
| MUBI, INC., | |
| *Defendant.* | |

Plaintiff Cesar Cejudo ("Plaintiff") and Defendant MUBI, Inc. ("MUBI" and together with Plaintiff, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on July 23, 2026, the Court entered Orders Granting Plaintiff's Unopposed Motions for Final Approval of Class Action Settlement and for Attorneys' Fees, Costs, and Incentive Award. *See* ECF No. 47, 48.

WHEREAS, on July 23, 2026, the Court also issued an Order directing the Parties to file a proposed final judgment. *See* ECF 49.

NOW THEREFORE, the Parties provide and respectfully request that that the Court enter final judgment in the form of the Proposed Final Judgment attached here as Exhibit 1.


IT IS SO STIPULATED.


Dated: July 27, 2026

Respectfully submitted,

By: */s/ Grace Bennett*
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

By: */s/ Gregory W. Swartz*
LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
michael.rubin@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Gregory W. Swartz (Bar No. 308071)
greg.swartz@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071

Telephone +1.213.485.1234

*Attorneys for Defendant MUBI, Inc.*

## ATTESTATION OF COMPLIANCE

In compliance with Civil Local Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

*/s/ Grace Bennett*
Grace Bennett

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CESAR CEJUDO, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> MUBI, INC., <br><br> *Defendant*. | Case No. 5:25-cv-03652-BLF <br><br> **[PROPOSED] FINAL JUDGMENT** |

On July 23, 2026, the Court issued Orders Granting Plaintiff's Unopposed Motions for Final Approval of Class Action Settlement and for Attorneys' Fees, Costs, and Incentive Award (the "Orders"). *See* ECF No. 47, 48.

Pursuant to the Court's findings and conclusions in the Orders, and in accordance with Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that FINAL JUDGMENT IS ENTERED. Thus, this Action is DISMISSED (including all individual claims and class claims presented) with prejudice, without fees or costs to any party except as provided in the Court's Orders. Without affecting the finality of this Judgment, the Court shall retain exclusive and continuing jurisdiction over all parties to this action and Settlement Class Members for all matters relating to the action, including the administration, interpretation, effectuation or enforcement of the Settlement Agreement.

The Clerk is DIRECTED to enter this Judgment and close the case.

**IT IS SO ORDERED.**

Dated: _____

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE