**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CESAR CEJUDO, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff*,<br><br>v.<br><br>MUBI, INC.,<br><br>     *Defendant*. | Case No. 5:25-cv-03652-BLF<br><br>[~~PROPOS~~ED] **FINAL JUDGMENT** |

On July 23, 2026, the Court issued Orders Granting Plaintiff's Unopposed Motions for Final Approval of Class Action Settlement and for Attorneys' Fees, Costs, and Incentive Award (the "Orders"). *See* ECF No. 47, 48.

Pursuant to the Court's findings and conclusions in the Orders, and in accordance with Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that FINAL JUDGMENT IS ENTERED. Thus, this Action is DISMISSED (including all individual claims and class claims presented) with prejudice, without fees or costs to any party except as provided in the Court's Orders. Without affecting the finality of this Judgment, the Court shall retain exclusive and continuing jurisdiction over all parties to this action and Settlement Class Members for all matters relating to the action, including the administration, interpretation, effectuation or enforcement of the Settlement Agreement.

The Clerk is DIRECTED to enter this Judgment and close the case.

**IT IS SO ORDERED.**

Dated: July 27, 2026

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

[Proposed] Final Judgment                                                     Case No. 5:25-cv-03652-BLF

1